AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Patrick Sweeney <br> *Plaintiff* <br> v. <br> Harbin Electric, Inc. <br> *Defendant* | Civil Action No. 3:10-cv-00685-LRH-VPC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporation Trust Company of Nevada
Resident Agent of Harbin Electric, Inc.
311 South Division Street
Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David C. O'Mara, Esq.
311 East Liberty Street
Reno, Nevada 89501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                                                                  November 2, 2010

Clerk                                                                                                     Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Harbin Electric, Inc.__
was received by me on *(date)* __November 2, 2010__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Misty Guasch of CT Corporation__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Harbin Electric,__
__Inc., 311 S Division St, Carson City, NV__ on *(date)* __11-02-2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __November 2, 2010__

__Adrian M. Weis__
*Server's signature*

__Adrian M. Weis, Assistant to The O'Mara__
*Printed name and title* __Law Firm, P.C.__

__311 E. Liberty Street, Reno, NV 89501__
*Server's address*

Additional information regarding attempted service, etc: