UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK SWEENEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HARBIN ELECTRIC, INC., et al.,<br><br>Defendants. | Case No. 3:10-cv-00685-LRH-VPC<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS |

WHEREAS plaintiff Patrick Sweeney filed this class shareholder action on November 1, 2010 against Harbin Electric, Inc. ("Harbin") and its board of directors ("Board");

WHEREAS defendant Harbin filed a motion for an order dismissing this action for lack of subject matter jurisdiction and failure to state a claim, or in the alternative, staying this action on November 22, 2010 ("Motion to Dismiss");

WHEREAS plaintiffs have until December 9, 2010 to file and serve his opposition to the Motion to Dismiss and defendants have until December 16, 2010 to file and serve its reply in support of its Motion to Dismiss; and

WHEREAS the parties have agreed to extend the time for plaintiff to file and serve his opposition to the Motion to Dismiss and for defendant to file and serve its reply in support of its Motion to Dismiss.

NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by and through their undersigned counsel, as follows:

1. Plaintiff shall file and serve his opposition to defendants' Motion to Dismiss no later than December 17, 2010; and

2. Defendant Harbin shall file and serve its reply in support of its Motion to Dismiss no later than January 5, 2011.

IT IS SO STIPULATED.

DATED: December 9, 2010    THE O'MARA LAW FIRM, P.C.
                           WILLIAM M. O'MARA (Nevada Bar No. 837)
                           DAVID C. O'MARA (Nevada Bar No. 8599)

                           /s/ David C. O'Mara
                           DAVID C. O'MARA

- 1 -

311 East Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
775/323-4082 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
DAVID A. KNOTTS
EUN JIN LEE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

Attorneys for Plaintiff

DATED: December 9, 2010   BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
KIRK B. LENHARD, ESQ.
(Nevada Bar No. 1437)
TAMARA BEATTY PETERSON, ESQ.
(Nevada Bar No. 5218)


                    /s/ Tamara Beatty Peterson
            _____
                 TAMARA BEATTY PETERSON

100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Fax: (702) 382-8135 (fax)
Email: klenhard@bhfs.com
Email: tpeterson@bhfs.com

- 2 -

Attorneys for Defendant Harbin Electric, Inc

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED this 10th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE