KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: klenhard@bhfs.com
Email: tpeterson@bhfs.com
*Attorneys for Defendant Harbin Electric, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK SWEENEY, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUEN CHAN, BOYD PLOWMAN, DAVID GATTON, YUNYUE YE and LANZIANG GAO<br><br>Defendant(s). | CASE NO.:  3:10-CV-00685-LRH-VPC |

**AMENDED CERTIFICATE OF SERVICE**

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused Defendant Harbin Electric, Inc.'s Reply Memorandum of Law in Further Support of Its Motion to Dismiss to be deposited with the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

14588\1\1487801.1                                                              1

1  U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid,
2  on the 6th day of January, 2011 to the address(es) shown below:

| | |
|---|---|
| Darren J. Robbins, Esq. | Richard A. Maniskas, Esq. |
| Randall J. Baron, Esq. | RYAN & MANISKAS, LLP |
| A. Rick Atwood, Esq. | 995 Old Eagle School Road, Suite 311 |
| David T. Wissbroecker, Esq. | Wyane, PA 19087 |
| David A. Knotts, Esq. | *Attorneys for Plaintiff* |
| Eun Jin Lee, Esq. | |
| ROBBINS GELLER RUDMAN & DOWD LLP | |
| 655 West Broadway, Suite 1900 | |
| San Diego, CA 92101 | |
| *Attorneys for Plaintiff* | |

/s/ Erin L. Parcells
Employee of Brownstein Hyatt Farber Schreck, LLP

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

14588\1\1487801.1                                2