AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

PATRICK SWEENEY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-cv-00685-RCJ-VPC

HARBIN ELECTRIC, INC., et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [4] is GRANTED and all other pending motions are DENIED.

| | |
|---|---|
|  July 27, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |